CARL EASLEY, alias CHARLES JACOBS, v. STATE.

No. A-8221.    Nov. 14, 1931.
(5 Pac. [2d] 1118.)

Ben C. Arnold and T. G. Chambers, Jr., for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Oklahoma county of maintaining a public nuisance, and was sentenced to pay a fine of $200 and to serve 30 days in the county jail.

The appeal was lodged in this court July 29. No briefs in support of the appeal have been filed. An examination of the record discloses ample evidence to sustain the judgment. No fundamental error is apparent.

The case is affirmed.